United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert J Worley
Leslie M Worley
    Debtors

Case No. 11-18794-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 14, 2016
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
13169809      Residential Credit Solutions,   PO Box 163229,   Fort Worth, TX 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:
         CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
         pabk@logs.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    REOCO, Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         LEEANE O. HUGGINS    on behalf of Creditor    Residential Credit Solutions, Inc., et al
         pabk@logs.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         SCOTT F. WATERMAN    on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,
         scottfwaterman@gmail.com
         SCOTT F. WATERMAN    on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,
         scottfwaterman@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                         TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-18794-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert J Worley
4140 Bethel Road
Boothwyn PA 19061

Leslie M Worley
4140 Bethel Road
Boothwyn PA 19061

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/13/2016.

Name and Address of Alleged Transferor(s):

Claim No. 11: Residential Credit Solutions, PO Box 163229, Fort Worth, TX 76161-3229

Name and Address of Transferee:

Rushmore Loan Management servicer
EMC Mortgage 15480 Laguan Canyon Rd
Suite 100,Irvine,CA 92618

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/16/16

Tim McGrath
**CLERK OF THE COURT**