United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-18794-sr
Robert J Worley                                                       Chapter 13
Leslie M Worley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2                   Date Rcvd: Oct 19, 2016
                             Form ID: 138NEW          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db/jdb      +Robert J Worley,    Leslie M Worley,    4140 Bethel Road,    Boothwyn, PA 19061-2609
cr          +Melinda Devereaux,    7153 North 111th Plaza,    Lot 319,    Omaha, NE 68142-1158
12598740     Accqura Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
12728500    +Acqura Loan Services,    ATTN: Payment Processing Dept,    P.O. Box 202743,
             Dallas, Texas 75320-2743
12598742    +Allied Inter,    P.O. 1954,    Southgate, MI 48195-0954
12598743    +AmerAssist/AR Solutions,    Attn: Kovacks,    460 Polaris Parkway                Ste. 20,
             Westerville, OH 43082-8212
12598745     Booth Bartolozzi Balderston,    P.O. Box 828079,    Philadelphia, PA 19182-8079
12598746     Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
12598747    #+CarePayment,    5300 Meadows Road, Suite 400,    Lake Oswego, OR 97035-8260
12598748    +Catania Engineering,    520 West MacDade Boulevard,    Folsom, PA 19033-3321
12635309    +Catania Engineering Associates,Inc.,    520 W. MacDade Blvd,    Milmont Park PA 19033-3321
12598749    +EMC Mortgage, LLC,    7880 Bent Branch Drive,    Suite 150,    Irving, TX 75063-6045
12598750    +Erie Insurance Exchange,    c/o J. Scott Watson, Esquire,    24 Regency Plaza,
             Glen Mills, PA 19342-1001
12598751    +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12598752     FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12598753    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12598754    +Francise Miller, Esquire,    21W Washington Street,    West Chester, PA 19380-2670
12598756    +J. Scott Watson, Esquire,    24 Regency Plaza,    Glen Mills, PA 19342-1001
12598759    +Main Line Endoscopy Center,    P.O.Box 340,    Sellersville, PA 18960-0340
12641077    +Melinda Devereaux,    7153 North Hill Plaza,    Unit 319,    Omaha, NE 68152
12598761    +PA Hospital,    P.O. Box 824329,    Philadelphia, PA 19182-4329
12598762    +PA SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
12598763    +PA State Collection / Disbursement Unit,    P.O. Box 69110,    Harrisburg, PA 17106-9110
12598764    +Palisades Collection LLC,    P.O. Box 1244,    Englewood Cliffs, NJ 07632-0244
12598765    +Premier Ortho,    One Medical Center Boulevard,    Suite 324,    Chester, PA 19013-3902
13169809     Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
13790925    +Rushmore Loan Management servicer,    EMC Mortgage 15480 Laguan Canyon Rd,
             Suite 100,Irvine,CA 92618-2132
12598766    +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
12598767    +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
12598768    +Sun East Federal Credit Union,    201 Pennell Rod,    Aston, PA 19014-1801
12598769    +Surgery Center at Brinton Lake,    300 Evergreen Drive,    Suite 320,    Glen Mills, PA 19342-1059
12598771    +The 3B Orthopeadics, PC,    P.O. Box 828079,    Philadelphia, PA 19182-0001
12610898     eCAST Settlement Corporation, assignee,    of Capital One Bank,    P.O. Box 35480,
             Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:14     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:46
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12639766    +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 02:00:30     Ally Financial,
             P.O. Box 78369,    Phoenix, AZ 85062-8369
12639534    +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 02:00:30
             Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
12598755    +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 02:00:30     GMAC,    Po Box 130424,
             Roseville, MN 55113-0004
12598757     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:03     Jefferson Capital,
             16 Mcleland Rd,    Saint Cloud, MN 56303
12598758     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:03     Jefferson Capital Systems,
             16 McClelland Road,    Saint Cloud, MN 56303
12615966     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:04     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
12618050     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:04     Jefferson Capital Systems, LLC,
             PO BOX 953185,    ST LOUIS, MO 63195-3185
12667517    +E-mail/Text: bncmail@w-legal.com Oct 20 2016 02:01:02     OAK HARBOR CAPITAL IV, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12609533     E-mail/Text: ebn@vativrecovery.com Oct 20 2016 02:00:36     Palisades Collections, LLC,
             Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
             PO Box 40728,    Houston TX 77240-0728
12598772    +E-mail/Text: Bankruptcy@wsfsbank.com Oct 20 2016 02:01:38     Wilmington Savings Fund Society,
             500 Delaware Ave,    Wilmington, DE 19801-7405
                                                                                          TOTAL: 13
```

District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Oct 19, 2016
                             Form ID: 138NEW          Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          RESIDENTIAL CREDIT SOLUTIONS,   P.O. Box 163229,   Fort Worth, TX  76161-3229
12730875*    FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
12713671*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-9617)
12598741     ##+Acqura Loan Services,   7880 Bent Branch Dr Ste,   Irving, TX 75063-6045
12598744     ##+Apex Asset Management,   1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
12598760     ##+Milstead & Associates, LLC.,   220 Lake Drive East,   Suite 301,   Cherry Hill, NJ 08002-1165
12598770     ##+Surgical Moniteering Associates, Inc.,   900 Old Maple Road,   Springfield, PA 19064-1211
                                                                      TOTALS: 0, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
        CHRISTOPHER A. DENARDO   on behalf of Creditor   Residential Credit Solutions, Inc., et al
        pabk@logs.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   REOCO, Inc. bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS
        bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        LEEANE O. HUGGINS   on behalf of Creditor   Residential Credit Solutions, Inc., et al
        pabk@logs.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        SCOTT F. WATERMAN   on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,
        scottfwaterman@gmail.com
        SCOTT F. WATERMAN   on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,
        scottfwaterman@gmail.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Robert J Worley and Leslie M Worley

Debtor(s)                                    Bankruptcy No: 11−18794−sr

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/19/16

84 − 83
Form 138_new