United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-18794-sr
Robert J Worley                                                 Chapter 13
Leslie M Worley
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Dec 01, 2016 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db/jdb        +Robert J Worley,   Leslie M Worley,   4140 Bethel Road,   Boothwyn, PA 19061-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
        CHRISTOPHER A. DENARDO    on behalf of Creditor   Residential Credit Solutions, Inc., et al
         pabk@logs.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   REOCO, Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LEEANE O. HUGGINS    on behalf of Creditor   Residential Credit Solutions, Inc., et al
         pabk@logs.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN    on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,
         scottfwaterman@gmail.com
        SCOTT F. WATERMAN    on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,
         scottfwaterman@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                           : Chapter 13

Robert J Worley and Leslie M Worley                             : Case No. 11–18794–sr
        Debtor(s)

## *ORDER*

_____

    AND NOW, this day , December 1,2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                    By The Court

                    Stephen Raslavich
                    Judge , United States Bankruptcy Court