**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |

Robert J Worley
Leslie M Worley
f/k/a Leslie M Hutchison

| | | |
|---|---|---|
| Debtor(s) | : | Bankruptcy No. 11-18794 |

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that::

1. This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Stephen Raslavich

Dated: 10/31/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
 (3/01)