United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 11-18794-sr
Robert J Worley                                                               Chapter 13
Leslie M Worley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer              Page 1 of 2              Date Rcvd: Oct 31, 2017
                            Form ID: pdf900             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb         +Robert J Worley,    Leslie M Worley,    4140 Bethel Road,   Boothwyn, PA 19061-2609
cr            #+Melinda Devereaux,    7153 North 111th Plaza,    Lot 319,   Omaha, NE 68142-1158
12598740        Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
12728500       +Acqura Loan Services,    ATTN: Payment Processing Dept,    P.O. Box 202743,
                 Dallas, Texas 75320-2743
12598741       +Acqura Loan Services,    7880 Bent Branch Dr Ste,    Irving, TX 75063-6002
12598742       +Allied Inter,    P.O. 1954,    Southgate, MI 48195-0954
12598743       +AmerAssist/AR Solutions,    Attn: Kovacks,    460 Polaris Parkway          Ste. 20,
                 Westerville, OH 43082-8212
12598744       +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
12598745        Booth Bartolozzi Balderston,    P.O. Box 828079,    Philadelphia, PA 19182-8079
12598746        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
12598748       +Catania Engineering,    520 West MacDade Boulevard,    Folsom, PA 19033-3321
12635309       +Catania Engineering Associates,Inc.,    520 W. MacDade Blvd,   Milmont Park PA 19033-3321
12598749       +EMC Mortgage, LLC,    7880 Bent Branch Drive,    Suite 150,   Irving, TX 75063-6045
12598750       +Erie Insurance Exchange,    c/o J. Scott Watson, Esquire,    24 Regency Plaza,
                 Glen Mills, PA 19342-1001
12598751       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12598752        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12598753       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12598754       +Francise Miller, Esquire,    21W Washington Street,    West Chester, PA 19380-2670
12598756       +J. Scott Watson, Esquire,    24 Regency Plaza,    Glen Mills, PA 19342-1001
12598759       +Main Line Endoscopy Center,    P.O.Box 340,    Sellersville, PA 18960-0340
12641077       +Melinda Devereaux,    7153 North Hill Plaza,    Unit 319,   Omaha, NE 68152
12598761       +PA Hospital,    P.O. Box 824329,    Philadelphia, PA 19182-4329
12598762       +PA SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
12598763       +PA State Collection / Disbursement Unit,    P.O. Box 69110,   Harrisburg, PA 17106-9110
12598764       +Palisades Collection LLC,    P.O. Box 1244,    Englewood Cliffs, NJ 07632-0244
12598765       +Premier Ortho,    One Medical Center Boulevard,    Suite 324,   Chester, PA 19013-3902
13169809        Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
13790925       +Rushmore Loan Management servicer,    EMC Mortgage 15480 Laguan Canyon Rd,
                 Suite 100,Irvine,CA 92618-2132
12598766       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
12598767       +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
12598768       +Sun East Federal Credit Union,    201 Pennell Rd,    Aston, PA 19014-1801
12598769       +Surgery Center at Brinton Lake,    300 Evergreen Drive,    Suite 320,   Glen Mills, PA 19342-1059
12598771       +The 3B Orthopeadics, PC,    P.O. Box 828079,    Philadelphia, PA 19182-8079
12610898        eCAST Settlement Corporation, assignee,    of Capital One Bank,    P.O. Box 35480,
                 Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 01 2017 01:30:20      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2017 01:30:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2017 01:30:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
12639766       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 01:29:47      Ally Financial,
                 P.O. Box 78369,    Phoenix, AZ 85062-8369
12639534       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 01:29:47
                 Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,   Roseville, MN 55113-0004
12598755       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 01:29:47      GMAC,   Po Box 130424,
                 Roseville, MN 55113-0004
12598757        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 01:30:09      Jefferson Capital,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
12598758        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 01:30:09      Jefferson Capital Systems,
                 16 McClelland Road,    Saint Cloud, MN 56303
12615966        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 01:30:09      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12618050        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 01:30:09      Jefferson Capital Systems, LLC,
                 PO BOX 953185,    ST LOUIS, MO 63195-3185
12667517       +E-mail/Text: bncmail@w-legal.com Nov 01 2017 01:30:08      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12609533        E-mail/Text: ebn@vativrecovery.com Nov 01 2017 01:29:52      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 PO Box 40728,    Houston TX 77240-0728
12598767       +E-mail/Text: bankruptcy@sccompanies.com Nov 01 2017 01:30:27      Seventh Ave,   1112 7th Ave,
                 Monroe, WI 53566-1364
12598772       +E-mail/Text: Bankruptcy@wsfsbank.com Nov 01 2017 01:30:26      Wilmington Savings Fund Society,
                 500 Delaware Ave,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 14

```
District/off: 0313-2         User: Jennifer              Page 2 of 2              Date Rcvd: Oct 31, 2017
                             Form ID: pdf900             Total Noticed: 47

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             RESIDENTIAL CREDIT SOLUTIONS,   P.O. Box 163229,    Fort Worth, TX  76161-3229
12730875*       FedLoan Servicing,   P.O. Box 69184,    Harrisburg, PA 17106-9184
12713671*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
12598747      ##+CarePayment,   5300 Meadows Road, Suite 400,    Lake Oswego, OR 97035-8260
12598760      ##+Milstead & Associates, LLC.,    220 Lake Drive East,    Suite 301,   Cherry Hill, NJ 08002-1165
12598770      ##+Surgical Moniteering Associates, Inc.,    900 Old Maple Road,    Springfield, PA 19064-1211
                                                                                       TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    REOCO, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEEANE O. HUGGINS    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re	:	Chapter 13

Robert J Worley
Leslie M Worley
f/k/a Leslie M Hutchison

        Debtor(s)	:	Bankruptcy No. 11-18794

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that::

1. This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Stephen Raslavich

Dated: 10/31/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
 (3/01)