UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert J. Worley : Chapter 13
  Leslie M. Worley :
 : No. 11-18794
  Debtors :

### ORDER REOPENING AND REINSTATING CHAPTER 7 CASE

AND NOW, this 9th day of November, 2017, upon consideration of Debtor, Robert J. Worley's Motion to Reopen/ Reinstate his Chapter 13 Bankruptcy, it is hereby ORDERED that Debtor's Motion is GRANTED.

IT IS HEREBY ORDERED THAT this case is hereby reopened and reinstated for the purpose of allowing the debtor the opportunity to file a Motion to Determine Whether The Debtors Paid All Required Post-Petition Amounts to His Mortgage Lender and for sanctions against Rushmore Loan Services.

It is further ORDERED that the U.S. Bankruptcy Court Clerk is directed to reopen this case for Mr. Worley only as a case under Chapter 13 but not assign a Trustee. Federal Rule of Bankruptcy 5010.

BY THE COURT:

_____
**Date: November 9, 2017**           **Jean K. FitzSimon, Bankruptcy Judge**