United States Bankruptcy Court

Eastern District of Pennsylvania

900 Market Street

Suite 400

Philadelphia, PA 19106

ATTENTION: CHRIS


RE:   Bankruptcy No. 11-18794

Robert J. Worley

Leslie N. Worley

f/k/a Leslie M. Hutchinson


Please be advised that I am a debtor in the above referenced case. I have moved and this is notification of my new address:

Melinda Devereaux

501 East Gold Coast Road

5W

Papillion, NE 68046

Phone: 302 540-5573


*Melinda D* (signature)

1