UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Robert J. Worley : Chapter 13
Leslie M. Worley :
: No. 11-18794-jkf
Debtors :

### ORDER

AND NOW, this 23rd day of January, 2018, upon the motion of the debtor and after notice and an opportunity for a hearing, it is hereby ordered and declared that:

1. The debtors' mortgage loan with EMC Mortgage serviced by Rushmore Loan Management Services was current as of December 1, 2016.

2. Debtor's counsel shall be entitled to file a Motion for Reimbursement of Fees and Costs against EMC Mortgage and Rushmore Loan Management Services pursuant to Bankruptcy Rule 3002.1(i) as a result of their attempt(s) to collect monthly installments contrary to the notices filed with the Bankruptcy Court.

**Date: January 26, 2018**

_____
Jean K. FitzSimon, United States Bankruptcy Judge