United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-18794-jkf
Robert J Worley                                                         Chapter 13
Leslie M Worley
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                 Date Rcvd: Jan 26, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb         +Robert J Worley,    Leslie M Worley,    4140 Bethel Road,    Boothwyn, PA 19061-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    REOCO, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEEANE O. HUGGINS    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO,
               Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert J. Worley                 :        Chapter 13
      Leslie M. Worley             :
                                                  :        No. 11-18794-jkf
      Debtors                          :

**ORDER**

AND NOW, this 23rd day of January, 2018, upon the motion of the debtor and after notice and an opportunity for a hearing, it is hereby ordered and declared that:

1. The debtors' mortgage loan with EMC Mortgage serviced by Rushmore Loan Management Services was current as of December 1, 2016.

2. Debtor's counsel shall be entitled to file a Motion for Reimbursement of Fees and Costs against EMC Mortgage and Rushmore Loan Management Services pursuant to Bankruptcy Rule 3002.1(i) as a result of their attempt(s) to collect monthly installments contrary to the notices filed with the Bankruptcy Court.

**Date: January 26, 2018**

_____
Jean K. FitzSimon, United States Bankruptcy Judge