UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert J. Worley         :    Chapter 13
        Leslie M. Worley         :
                                 :    No. 11-18794-jkf
        Debtors                  :

### STIPULATED ORDER

Whereas, on November 15, 2011 the Debtors filed the above Chapter 13 case;

Whereas, the Debtors have a mortgage on their home located at 4140 Bethel Road, Boothwyn, PA 19061 held by EMC Mortgage and serviced by Rushmore Loan Management Services (hereinafter referred to as "Rushmore");

Whereas, the Debtors received their Chapter 13 discharge on November 24, 2016;

Whereas, a dispute arose between the Debtors and Rushmore regarding the amount of post petition mortgage obligations that were due during the pendency of the bankruptcy case;

Whereas, as a result of the dispute the Debtors moved to reopen this bankruptcy case to have a determination of the correct amount due and owing post petition;

Whereas on January 23, 2018 this Court issued an Order declaring that as of December 1, 2016 the Debtors were current with their post petition mortgage payments to Rushmore and that Debtors' counsel was entitled to file a motion for reimbursement of fees and costs; and

Whereas, the Debtors then filed a Motion to Determine the Amount Due and Owing to Rushmore as of February 28, 2018 and also a Motion for Reimbursement of Fees and Costs which are pending before the Court.

AND Now, this 26th day of February, 2018 the parties, through counsel hereby stipulate to settle both pending motions and agree to the following terms:

1

1. The total amount the Debtors owe Rushmore to cure the mortgage arrears through February 28, 2018 is $13,477.49. Within 10 days of the date of this Order the Debtors shall tender the above sums to Rushmore's attorney, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106 by certified funds.

2. If the above payment is timely received, Rushmore shall treat the Debtors' account as current and shall report the Debtors as current to any credit bureaus.

3. Within 15 days of the date of this Order, Rushmore shall pay to Debtors' counsel the amount of $2,545.00 as reimbursement of fees and costs.

4. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

5. This case shall be closed 30 days after the date of this Order, unless a Motion to Enforce Settlement is filed.

6. Counsel warrant that they are authorized to execute this Stipulated Order on their clients' behalf.

**WATERMAN & MAYER, LLP.**

BY: /s/ Scott F. Waterman
Scott F. Waterman, Esquire
Attorney for Debtors

**KML LAW GROUP, P.C.**

BY: _____
Kevin MacDonald, Esquire
Attorney for Rushmore Loan
Managing Services

APPROVED
~~SO ORDERED~~ BY THE COURT:

March 6, 2018
Dated

_____
Jean K. FitzSimon, United States Bankruptcy Judge