United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J Worley  
Leslie M Worley  
    Debtors

Case No. 11-18794-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 06, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.  
db/jdb        +Robert J Worley,    Leslie M Worley,    4140 Bethel Road,    Boothwyn, PA 19061-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:

         CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al  
          pabk@logs.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    REOCO, Inc. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         LEEANE O. HUGGINS    on behalf of Creditor    Residential Credit Solutions, Inc., et al  
          pabk@logs.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO,  
          Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey  
          bkgroup@kmllawgroup.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN    on behalf of Debtor Robert J Worley scottfwaterman@gmail.com,  
          scottfwaterman@gmail.com  
         SCOTT F. WATERMAN    on behalf of Joint Debtor Leslie M Worley scottfwaterman@gmail.com,  
          scottfwaterman@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                       TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert J. Worley                         :    Chapter 13
        Leslie M. Worley                         :
                                                 :    No. 11-18794-jkf
        Debtors                                  :

## STIPULATED ORDER

Whereas, on November 15, 2011 the Debtors filed the above Chapter 13 case;

Whereas, the Debtors have a mortgage on their home located at 4140 Bethel Road, Boothwyn, PA 19061 held by EMC Mortgage and serviced by Rushmore Loan Management Services (hereinafter referred to as "Rushmore");

Whereas, the Debtors received their Chapter 13 discharge on November 24, 2016;

Whereas, a dispute arose between the Debtors and Rushmore regarding the amount of post petition mortgage obligations that were due during the pendency of the bankruptcy case;

Whereas, as a result of the dispute the Debtors moved to reopen this bankruptcy case to have a determination of the correct amount due and owing post petition;

Whereas on January 23, 2018 this Court issued an Order declaring that as of December 1, 2016 the Debtors were current with their post petition mortgage payments to Rushmore and that Debtors' counsel was entitled to file a motion for reimbursement of fees and costs; and

Whereas, the Debtors then filed a Motion to Determine the Amount Due and Owing to Rushmore as of February 28, 2018 and also a Motion for Reimbursement of Fees and Costs which are pending before the Court.

AND Now, this 26th day of February, 2018 the parties, through counsel hereby stipulate to settle both pending motions and agree to the following terms:

1

1. The total amount the Debtors owe Rushmore to cure the mortgage arrears through February 28, 2018 is $13,477.49. Within 10 days of the date of this Order the Debtors shall tender the above sums to Rushmore's attorney, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106 by certified funds.

2. If the above payment is timely received, Rushmore shall treat the Debtors' account as current and shall report the Debtors as current to any credit bureaus.

3. Within 15 days of the date of this Order, Rushmore shall pay to Debtors' counsel the amount of $2,545.00 as reimbursement of fees and costs.

4. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

5. This case shall be closed 30 days after the date of this Order, unless a Motion to Enforce Settlement is filed.

6. Counsel warrant that they are authorized to execute this Stipulated Order on their clients' behalf.

**WATERMAN & MAYER, LLP.**

BY: /s/ Scott F. Waterman
Scott F. Waterman, Esquire
Attorney for Debtors

**KML LAW GROUP, P.C.**

BY: _____
Kevin MacDonald, Esquire
Attorney for Rushmore Loan
Managing Services

APPROVED
~~SO ORDERED~~ BY THE COURT:

_/s/ Jean K. FitzSimon_

March 6, 2018
Dated

Jean K. FitzSimon, United States Bankruptcy Judge

2